TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00414-CR


NO. 03-02-00415-CR






Alan Watson, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NOS. 9024047 & 9024048, HONORABLE FRED A. MOORE, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N




In both causes, a jury found appellant Alan Watson guilty of aggravated assault with
a deadly weapon. Tex. Pen. Code Ann. § 22.02 (West 1994). The district court assessed punishment
in each cause, enhanced by previous felony convictions, at imprisonment for twenty-five years.

Appellant's court-appointed attorney filed briefs concluding that the appeals are
frivolous and without merit. The briefs meet the requirements of Anders v. California, 386 U.S. 738
(1967), by presenting a professional evaluation of the record demonstrating why there are no
arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974);
Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex.
Crim. App. 1969). Copies of counsel's briefs were delivered to appellant, and appellant was advised
of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are
frivolous and without merit. We find nothing in the records that might arguably support the appeals. 
Counsel's motions to withdraw are granted.

The judgments of conviction are affirmed.



 __________________________________________

 Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Affirmed

Filed: March 13, 2003

Do Not Publish